IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LARRY BOX,** § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. **3:11-CV-0864-L** |
| v. § | |
| § | |
| **ST. PAUL FIRE & MARINE INSURANCE** § | |
| **COMPANY, et al.,** § | |
| § | |
| Defendants. § | |

### ORDER

Before the court are the Findings and Recommendation of the United States Magistrate Judge, filed May 11, 2011. Plaintiff did not file objections.

Plaintiff is proceeding *pro se* and *in forma pauperis*. He filed this action based upon the denial of worker's compensation benefits. The magistrate judge recommends dismissing Plaintiff's action without prejudice for lack of subject matter jurisdiction.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **determines** that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. Accordingly, the court **dismisses** Plaintiff's action **without prejudice** for lack of subject matter jurisdiction.

**It is so ordered** this 31st day of May, 2011.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page